Argued and submitted July 23, affirmed August 22, 2001

In the Matter of
Jeremy William Amick, a Minor Child.

STATE ex rel STATE OFFICE FOR SERVICES
TO CHILDREN AND FAMILIES,
*Appellant,*

*v.*

Leslie BRAMAN,
Jeremy William Amick, Connie Amick,
and Anthony Neidigh,
*Respondents.*

J91-04-22C; A109535 (Control)

In the Matter of
Jeremy William Amick, a Minor Child.

STATE ex rel STATE OFFICE FOR SERVICES
TO CHILDREN AND FAMILIES,
*Appellant,*

*v.*

Leslie BRAMAN,
Jeremy William Amick, Connie Amick,
and Anthony Neidigh,
*Respondents.*

91-04-22J-03; A109836
(Cases Consolidated)

30 P3d 1213

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State ex rel SOSCF v. Williams*, 168 Or App 538, 7 P3d 655 (2000), *rev allowed* 331 Or 633 (2001).